UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00470-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARMOND EUGENE MOZEE,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, August 3, 2007,** and responses to these motions shall be filed by **Monday, August, 13, 2007**.  It is

FURTHER ORDERED that a hearing on all pending motions will be set at a later date upon the request of counsel.  It is

FURTHER ORDERED that a 3-day jury trial is set for **Tuesday, September 4, 2007, at 9:00 a.m., in courtroom A-1002.**

Dated: June 29, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge